| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>17-019721<br>Krystin M. Kane - 171402015<br>Kathleen M. Magoon - 040682010<br>Donna L. Skilton - 013072007<br>Charles G. Wohlrab - 016592012<br>Elizabeth L. Wassall - 023211995<br>SHAPIRO & DeNARDO, LLC<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Attorneys for Wells Fargo Bank, N.A.<br><br>In Re:<br>RACHEL S. BRADY,<br>　　　　　　　　　　　　　　DEBTOR | Case No.:　　19-13161-JKS<br><br>Chapter:　　13<br><br>Hearing Date:　November 14, 2019<br><br>Judge:　　HONORABLE JOHN K. SHERWOOD |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled　　　　　　　☒ Withdrawn

Matter: Application for Early Termination of Loss Mitigation Period　　ECF Doc: 37

Date:　11/18/19　　　　　　　　　　　/s/ Charles G. Wohlrab
　　　　　　　　　　　　　　　　　　　　Charles G. Wohlrab, Esq.

*rev.8/1/15*