RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
Chapter 13 Case # 19-13161

Re:   RACHEL S. BRADY
      35 VELOCK DRIVE
      LITTLE FERRY,  NJ  07643

Atty:   RUSSELL L LOW ESQ
        LOW & LOW ESQS
        505 MAIN STREET, SUITE 304
        HACKENSACK, NJ  07601

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $18,000.00**

## RECEIPTS AS OF 01/15/2020    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/14/2019 | $300.00 | 25765110797 | 04/03/2019 | $300.00 | 25323243120 |
| 05/14/2019 | $300.00 | 25915687378 | 06/18/2019 | $300.00 | 25948357852 |
| 07/23/2019 | $300.00 | 26026313387 | 08/27/2019 | $300.00 | 25948370351 |
| 09/17/2019 | $300.00 | 26003879774 | 10/23/2019 | $300.00 | 26003895985 |
| 11/15/2019 | $300.00 | 26003893083 | 12/11/2019 | $300.00 | 26297204657 |
| 01/07/2020 | $300.00 | 26297207381 | | | |

**Total Receipts: $3,300.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan：$3,300.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 149.10 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,750.00 | 100.00% | 2,866.50 | 883.50 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMEX | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | BANK OF AMERICA | UNSECURED | 1,300.86 | * | 0.00 | |
| 0003 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,854.39 | * | 0.00 | |
| 0004 | BRYANTSTBK | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CAPITAL ONE BANK (USA) NA | UNSECURED | 2,500.34 | * | 0.00 | |
| 0006 | CB INDIGO | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | QUANTUM3 GROUP LLC | UNSECURED | 2,095.91 | * | 0.00 | |
| 0008 | CB/MANDEE | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | CB/VICSCRT | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | QUANTUM3 GROUP LLC | UNSECURED | 517.72 | * | 0.00 | |
| 0012 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | CHASE-PIER1 | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | COMENITY BANK/LNBRYANT | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | CREDITONEBNK | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 1,120.15 | * | 0.00 | |

**Chapter 13 Case # 19-13161**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0017 | DSRM NT BK | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | G M A C | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | LANE BRYANT RETAIL/SOA | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | LVNV FUNDING LLC | UNSECURED | 1,202.76 | * | 0.00 | |
| 0022 | QUANTUM3 GROUP LLC | UNSECURED | 467.85 | * | 0.00 | |
| 0023 | MERRICK BANK | UNSECURED | 1,515.77 | * | 0.00 | |
| 0024 | SEARS/CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | SYNCB/GATEWAY | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | SYNCB/LINEN N THINGS | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | SYNCB/LORD & TAY | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,292.58 | * | 0.00 | |
| 0029 | SYNCB/WALMART | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | TALBOTS | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | TD BANK USA, N.A. | UNSECURED | 1,279.45 | * | 0.00 | |
| 0034 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0036 | Wells Fargo Bank, N.A | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0039 | LVNV FUNDING LLC | UNSECURED | 2,305.29 | * | 0.00 | |
| 0040 | BRYANTSTBK | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | COMENITY BANK/LNBRYANT | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | TOYOTA MTR | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | E-Z PASS NY SERVICE CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | EZ PASS | UNSECURED | 0.00 | * | 0.00 | |
| 0047 | EZ PASS | UNSECURED | 0.00 | * | 0.00 | |
| 0048 | EZ PASS | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | EZ PASS | UNSECURED | 0.00 | * | 0.00 | |
| 0050 | PAM, LLC - NEW JERSEY EZPASS | UNSECURED | 0.00 | * | 0.00 | |
| 0051 | PAM, LLC - NEW JERSEY EZPASS | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | ATLAS ACQUISITIONS LLC | UNSECURED | 843.50 | * | 0.00 | |
| 0053 | LENDING CLUB CORPORATION | UNSECURED | 1,202.76 | * | 0.00 | |

**Total Paid:  $3,015.60**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $3,300.00     -     Paid to Claims: $0.00     -     Admin Costs Paid: $3,015.60     =     Funds on Hand: $284.40

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.