**Marie-Ann Greenberg, Esquire**
**Chapter 13 Standing Trustee**

Joseph D. Petrolino, Jr.
Staff Attorney

Brian M. Knapp
Staff Attorney

30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

Phone 973-227-2840
Fax 973-227-3272

For Payments Only:

PO BOX 520
MEMPHIS, TN  38101-0520

March 06, 2020

**Re: Standing Trustee's Notice of Distribution**
    **Case No: 19-13161**

On May 01, 2019 the above-referenced case was confirmed. Subsequently, all of the creditors and attorney fees, if any, were set up on our database so that we can commence distribution to the parties in the near future.

Attached is a case report for your review. IT IS YOUR RESPONSIBILITY to review this report and ensure that you are in agreement with the information contained on the report. We strongly suggest that you compare this report against the claims registry and docket. If you are not in agreement, you need to notify us in writing within five (5) days of the docketing of this information and/or file the appropriate motion with the court.

A copy of the Chapter 13 Standing Trustee's Policies regarding Proofs of Claim may be found on our website at http://www.magtrustee.com.

Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF MARCH 6, 2020

**Chapter 13 Case # 19-13161**

Atty:   RUSSELL L LOW ESQ

Re:   RACHEL S. BRADY
35 VELOCK DRIVE
LITTLE FERRY, NJ  07643

PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.

NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $18,000.00

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/14/2019 | $300.00 | 25765110797 | 04/03/2019 | $300.00 | 25323243120 |
| 05/14/2019 | $300.00 | 25915687378 | 06/18/2019 | $300.00 | 25948357852 |
| 07/23/2019 | $300.00 | 26026313387 | 08/27/2019 | $300.00 | 25948370351 |
| 09/17/2019 | $300.00 | 26003879774 | 10/23/2019 | $300.00 | 26003895985 |
| 11/15/2019 | $300.00 | 26003893083 | 12/11/2019 | $300.00 | 26297204657 |
| 01/07/2020 | $300.00 | 26297207381 | 02/13/2020 | $300.00 | 26297215828 |

**Total Receipts: $3,600.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $3,600.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 164.70 | |
| ATTY | ATTORNEY | ADMIN | 3,750.00 | 100.00% | 3,150.90 | 599.10 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMEX | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | BANK OF AMERICA | UNSECURED | 1,300.86 | * | 0.00 | |
| 0003 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,854.39 | * | 0.00 | |
| 0004 | BRYANTSTBK | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CAPITAL ONE BANK (USA) NA | UNSECURED | 2,500.34 | * | 0.00 | |
| 0006 | CB INDIGO | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | QUANTUM3 GROUP LLC | UNSECURED | 2,095.91 | * | 0.00 | |
| 0008 | CB/MANDEE | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | CB/VICSCRT | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | QUANTUM3 GROUP LLC | UNSECURED | 517.72 | * | 0.00 | |
| 0012 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | CHASE-PIER1 | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | COMENITY BANK/LNBRYANT | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | CREDITONEBNK | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 1,120.15 | * | 0.00 | |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0017 | DSRM NT BK | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | G M A C | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | LANE BRYANT RETAIL/SOA | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | LVNV FUNDING LLC | UNSECURED | 1,202.76 | * | 0.00 | |
| 0022 | QUANTUM3 GROUP LLC | UNSECURED | 467.85 | * | 0.00 | |
| 0023 | MERRICK BANK | UNSECURED | 1,515.77 | * | 0.00 | |
| 0024 | SEARS/CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | SYNCB/GATEWAY | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | SYNCB/LINEN N THINGS | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | SYNCB/LORD & TAY | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,292.58 | * | 0.00 | |
| 0029 | SYNCB/WALMART | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | TALBOTS | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | TD BANK USA, N.A. | UNSECURED | 1,279.45 | * | 0.00 | |
| 0034 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0036 | US BANK TRUST NA | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0039 | LVNV FUNDING LLC | UNSECURED | 2,305.29 | * | 0.00 | |
| 0040 | BRYANTSTBK | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | COMENITY BANK/LNBRYANT | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | TOYOTA MTR | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | E-Z PASS NY SERVICE CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | EZ PASS | UNSECURED | 0.00 | * | 0.00 | |
| 0047 | EZ PASS | UNSECURED | 0.00 | * | 0.00 | |
| 0048 | EZ PASS | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | EZ PASS | UNSECURED | 0.00 | * | 0.00 | |
| 0050 | PAM, LLC - NEW JERSEY EZPASS | UNSECURED | 0.00 | * | 0.00 | |
| 0051 | PAM, LLC - NEW JERSEY EZPASS | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | ATLAS ACQUISITIONS LLC | UNSECURED | 843.50 | * | 0.00 | |
| 0053 | LENDING CLUB CORPORATION | UNSECURED | 1,202.76 | * | 0.00 | |

**Total Paid:  $3,315.60**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: March 06, 2020.

Receipts: $3,600.00      -    Paid to Claims: $0.00      -    Admin Costs Paid: $3,315.60    =    Funds on Hand: $284.40

Base Plan Amount: $18,000.00       -    Receipts: $3,600.00            =    Total Unpaid Balance: **$14,400.00

**NOTE: THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.