Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−13161−JKS
        Chapter: 13
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rachel S. Brady
   35 Velock Drive
   Little Ferry, NJ 07643

Social Security No.:
   xxx−xx−6417

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 6/11/20 at 10:00 AM

to consider and act upon the following:

**55** − Application for Early Termination of Loss Mitigation Period. Filed by Jonathan C. Schwalb on behalf of SN Servicing Corporation. Objection deadline is 5/20/2020. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (Schwalb, Jonathan)

**56** − Objection to (related document:55 Application for Early Termination of Loss Mitigation Period. Filed by Jonathan C. Schwalb on behalf of SN Servicing Corporation. Objection deadline is 5/20/2020. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) filed by Creditor SN Servicing Corporation) filed by Russell L. Low on behalf of Rachel S. Brady. (Low, Russell)

Dated: 5/20/20

                                Jeanne Naughton
                                Clerk, U.S. Bankruptcy Court