Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−13161−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rachel S. Brady
   35 Velock Drive
   Little Ferry, NJ 07643

Social Security No.:
   xxx−xx−6417

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 6/11/20 at 10:00 AM

to consider and act upon the following:

**55** − Application for Early Termination of Loss Mitigation Period. Filed by Jonathan C. Schwalb on behalf of SN Servicing Corporation. Objection deadline is 5/20/2020. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (Schwalb, Jonathan)

**56** − Objection to (related document:55 Application for Early Termination of Loss Mitigation Period. Filed by Jonathan C. Schwalb on behalf of SN Servicing Corporation. Objection deadline is 5/20/2020. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) filed by Creditor SN Servicing Corporation) filed by Russell L. Low on behalf of Rachel S. Brady. (Low, Russell)

Dated: 5/20/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Rachel S. Brady  
    Debtor

Case No. 19-13161-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: May 20, 2020  
                 Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2020.  
db          +Rachel S. Brady,    35 Velock Drive,    Little Ferry, NJ 07643-2032

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2020           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2020 at the address(es) listed below:

     Elizabeth L. Wassall    on behalf of Creditor    WELLS FARGO BANK, N.A. ewassall@logs.com, njbankruptcynotifications@logs.com  
     Francis T. Tarlecki    on behalf of Creditor    LoanCare, LLC as servicer for LakeView Loan Servicing, LLC Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com  
     Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation bankruptcy@friedmanvartolo.com  
     Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Lodge Series IV Trust bankruptcy@friedmanvartolo.com  
     Marie-Ann Greenberg    magecf@magtrustee.com  
     Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com  
     Russell L. Low    on behalf of Debtor Rachel S. Brady ecf@lowbankruptcy.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
         TOTAL: 8