| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L.**<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* | |
| In re:<br><br>Rachel S. Brady<br><br><div align="right">Debtor.</div> | Chapter 13<br><br>Case No. 19-13161-JKS<br><br>Hearing Date: August 27, 2020<br><br>Judge John K. Sherwood |

## NOTICE OF WITHDRAWAL OF MOTION TO
## CONFIRM THE AUTOMATIC STAY IS NOT IN EFFECT AS TO MOVANT

Creditor, Toyota Motor Credit Corporation as servicer for Toyota Lease Trust, withdraws its Motion for Order Confirming the Automatic Stay is not in Effect (Doc. No. 59).

Dated: August 6, 2020

                                            Stewart Legal Group, P.L.
                                            Attorney for Toyota Motor Credit Corporation as servicer
                                            for Toyota Lease Trust

                      By:    */s/Gavin N. Stewart*
                             Gavin N. Stewart