| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* | |
| In re:<br><br>Rachel S. Brady<br><br><br>                                            Debtor. | Chapter 13<br><br>Case No. 19-13161-JKS<br><br>Hearing Date: August 27, 2020<br><br>Judge John K. Sherwood |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been **Withdrawn**.

Matter: **Motion for Order Confirming the Automatic Stay is not in Effect** (Doc. No. 59).

Dated: August 6, 2020

                              Stewart Legal Group, P.L.
                              Attorney for Toyota Motor Credit Corporation as servicer
                              for Toyota Lease Trust

            By:    */s/Gavin N. Stewart*
                   Gavin N. Stewart