Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                    Case No.:  19−13161−JKS
                                    Chapter:  13
                                    Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rachel S. Brady
   35 Velock Drive
   Little Ferry, NJ 07643

Social Security No.:
   xxx−xx−6417

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:        10/22/20
Time:       10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Russell L. Low, attorney

COMMISSION OR FEES
$1,200.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

      ☐    will not reduce the amount to be paid to general unsecured
              creditors under the plan.

      ☑    will reduce the amount to be paid to general unsecured
              creditors under the plan as follows: By $1,200.00

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 30, 2020
JAN:

                                                Jeanne Naughton
                                                Clerk

Case 19-13161-JKS    Doc 69    Filed 10/02/20    Entered 10/03/20 00:32:41    Desc Imaged
Certificate of Notice    Page 2 of 6

United States Bankruptcy Court

District of New Jersey

In re:  
Rachel S. Brady  
    Debtor(s)

Case No. 19-13161-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Sep 30, 2020      Form ID: 137      Total Noticed: 64

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rachel S. Brady, 35 Velock Drive, Little Ferry, NJ 07643-2032 |
| cr | + | SN Servicing Corporation, Friedman Vartolo LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | Toyota Motor Credit Corporation, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518030593 | + | AMEX, PO BOX 297871, FORT LAUDERDALE, FL 33329-7871 |
| 518030594 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, BK OF AMER, PO BOX 982238, EL PASO, TX 79998 |
| 518030595 | + | BRCLYSBANKDE, PO BOX 8803, WILMINGTON, DE 19899-8803 |
| 518030596 | + | BRYANTSTBK, 500 E. 60TH STREET NORTH, SIOUX FALLS, SD 57104-0478 |
| 518169886 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518030603 | + | CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 518030605 | | CELTIC/CONT, 4450 NEW LINDEN HILL RD, WILMINGTON, DE 19808 |
| 518030612 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, DSNB BLOOM, 9111 DUKE BLVD, MASON, OH 45040 |
| 518030613 | + | DSRM NT BK, POB 631, AMARILLO, TX 79105-0631 |
| 518047363 | + | EZ Pass NY, Violations Processing Center, PO Box 15186, Albany,NY 12212-5186 |
| 518030614 | + | First Source, PO Box 628, Buffalo, NY 14240-0628 |
| 518205420 | + | LendingClub Corporation, 595 Market St. Ste. 200, San Francisco, CA 94105-2807 |
| 518047362 | + | NJ EZ Pass, PO Box 4971, Trenton,NJ 08650-4971 |
| 518047364 | + | Pam,LLC NJ EZ Pass, PO Box 1642, Milwaukee,WI 53201-1642 |
| 518030620 | + | SEARS/CBNA, PO BOX 6282, SIOUX FALLS, SD 57117-6282 |
| 518030621 | + | Shapiro & DeNardo, LLP, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |
| 518030628 | + | TARGET/TD, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 518030629 | + | TOYOTA MTR, PO BOX 9786, CEDAR RAPIDS, IA 52409-0004 |
| 518171673 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518030631 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Home Mortgage, 8480 Stagecoach Circle, Frederick, MD 21701 |
| 518206616 | | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 30 2020 22:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 30 2020 22:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: bnc@atlasacq.com | Sep 30 2020 22:40:00 | Atlas Acquisition LLC, Attn Avi Schild, 294 Union St, Hackensack, NJ 07601-4303 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Sep 30 2020 22:55:41 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518170652 | + | Email/Text: bnc@atlasacq.com | | |

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 30, 2020 | Form ID: 137 | Total Noticed: 64 |

| | | | |
|---|---|---|---|
| | | Sep 30 2020 22:40:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601-4303 |
| 518030598 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 30 2020 22:56:48 | CAPITAL ONE, 15000 CAPITAL ONE DR, RICHMOND, VA 23238 |
| 518030599 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 30 2020 22:41:00 | CB INDIGO, PO BOX 4499, BEAVERTON, OR 97076-4499 |
| 518030600 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 30 2020 22:40:00 | CB/ANNTYLR, PO BOX 182273, COLUMBUS, OH 43218-2273 |
| 518030601 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 30 2020 22:40:00 | CB/MANDEE, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 518030602 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 30 2020 22:40:00 | CB/VICSCRT, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 518030609 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 30 2020 22:40:00 | COMENITY BANK/LNBRYANT, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 518030611 | + Email/PDF: creditonebknotifications@resurgent.com | Sep 30 2020 22:54:49 | CREDITONEBNK, PO BOX 98875, LAS VEGAS, NV 89193-8875 |
| 518067458 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Sep 30 2020 22:56:53 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518201870 | Email/Text: bnc-quantum@quantum3group.com | Sep 30 2020 22:40:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518030615 | + Email/Text: ally@ebn.phinsolutions.com | Sep 30 2020 22:39:00 | G M A C, PO BOX 105677, ATLANTA, GA 30348-5677 |
| 518030606 | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 30 2020 22:54:46 | CHASE CARD, PO BOX 15298, WILMINGTON, DE 19850 |
| 518030608 | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 30 2020 22:56:47 | CHASE-PIER1, P.O. BOX 15298, WILMINGTON, DE 19850 |
| 518030616 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 30 2020 22:40:00 | LANE BRYANT RETAIL/SOA, 450 WINKS LN, BENSALEM, PA 19020-5932 |
| 518030617 | + Email/Text: bk@lendingclub.com | Sep 30 2020 22:41:00 | LENDING CLUB, 71 STEVENSON ST STE 300, SAN FRANCISCO, CA 94105-2985 |
| 518040419 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2020 22:55:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518030618 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 30 2020 22:40:00 | MANDEES, 401 HACKENSACK AVE, HACKENSACK, NJ 07601-6411 |
| 518074999 | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 30 2020 22:56:44 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518030619 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 30 2020 22:55:41 | MERRICK BK, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 518206885 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 30 2020 22:54:49 | Portfolio Recovery Associates, LLC, c/o Uber, POB 41067, Norfolk VA 23541 |
| 518193559 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 30 2020 22:56:49 | Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 518191639 | Email/Text: bnc-quantum@quantum3group.com | Sep 30 2020 22:40:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518128249 | Email/Text: bnc-quantum@quantum3group.com | Sep 30 2020 22:40:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518047365 | + Email/Text: bkrpt@retrievalmasters.com | Sep 30 2020 22:40:00 | RMCB Collection Agency, PO Box 1235, Elmsford,NY 10523-0935 |
| 518030622 | + Email/PDF: gecsedi@recoverycorp.com | Sep 30 2020 22:55:41 | SYNCB/GATEWAY, C/O PO BOX 965036, ORLANDO, FL 32896-0001 |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 30, 2020 | Form ID: 137 | Total Noticed: 64 |

| | | | | |
|---|---|---|---|---|
| 518030623 | + Email/PDF: gecsedi@recoverycorp.com | | Sep 30 2020 22:55:41 | SYNCB/LINEN N THINGS, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 518030624 | + Email/PDF: gecsedi@recoverycorp.com | | Sep 30 2020 22:54:44 | SYNCB/LORD & TAY, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 518030625 | + Email/PDF: gecsedi@recoverycorp.com | | Sep 30 2020 22:55:42 | SYNCB/WALMAR, PO BOX 965024, ORLANDO, FL 32896-5024 |
| 518030626 | + Email/PDF: gecsedi@recoverycorp.com | | Sep 30 2020 22:55:41 | SYNCB/WALMART, PO BOX 965024, ORLANDO, FL 32896-5024 |
| 518033501 | + Email/PDF: gecsedi@recoverycorp.com | | Sep 30 2020 22:55:41 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518030627 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | Sep 30 2020 22:40:00 | TALBOTS, 175 BEAL ST, HINGHAM, MA 02043-1512 |
| 518157573 | + Email/Text: bncmail@w-legal.com | | Sep 30 2020 22:41:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518680878 | + Email/Text: bknotices@snsc.com | | Sep 30 2020 22:41:00 | U.S. Bank Trust National Association, Trustee of the Lodge Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 518668703 | + Email/Text: bknotices@snsc.com | | Sep 30 2020 22:41:00 | c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 518668702 | + Email/Text: bknotices@snsc.com | | Sep 30 2020 22:41:00 | c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518030632 | | x |
| 518181722 | *+ | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601-4303 |
| 518030597 | *+ | BRYANTSTBK, 500 E. 60TH STREET NORTH, SIOUX FALLS, SD 57104-0478 |
| 518030604 | *+ | CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 518030610 | *+ | COMENITY BANK/LNBRYANT, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 518030607 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD, PO BOX 15298, WILMINGTON, DE 19850 |
| 518030630 | *+ | TOYOTA MTR, PO BOX 9786, CEDAR RAPIDS, IA 52409-0004 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 02, 2020    Signature:    /s/Joseph Speetjens

Case 19-13161-JKS    Doc 69    Filed 10/02/20    Entered 10/03/20 00:32:41    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0312-2 | User: admin | Page 4 of 4 |
| --- | --- | --- |
| Date Rcvd: Sep 30, 2020 | Form ID: 137 | Total Noticed: 64 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2020 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com |
| Francis T. Tarlecki | on behalf of Creditor LoanCare  LLC as servicer for LakeView Loan Servicing, LLC Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation bankruptcy@friedmanvartolo.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of the Lodge Series IV Trust bankruptcy@friedmanvartolo.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com |
| Russell L. Low | on behalf of Debtor Rachel S. Brady ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9