**RUSSELL LOW, ESQ. RLL-4745**
LOW & LOW, LLC.
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorneys for Debtor

---

IN RE:                                :         CHAPTER 13

**Rachel S. Brady**                   :         CASE NO. 19-13161

                                      :         Honorable John K. Sherwood

---

**DEBTOR'S CERTIFICATION IN SUPPORT OF COVID-19 CHAPTER 13 PLAN MODIFICATION**

---

I, Rachel S. Brady, am the debtor in the above-captioned Ch. 13 case and make this Certification under penalty of perjury in support of the COVID-19 Chapter 13 Plan Modification filed separately on the docket.

1. My Chapter 13 plan was confirmed by order entered on May 1, 2019.

2. As per the confirmation order, I am current with plan payments through June 2020.

3. I am not current with my mortgage payments for my property at 35 Velock Dr Little Ferry, NJ 07643.

4. My mortgage company, SN Servicing Corporation has made a Trial Loan Modification offer, which is currently under review by my counsel handling my loan modification (different from my bankruptcy counsel).

5. Due to the COVID-19 pandemic, my employer, Mario Enrico Clothing Inc. was closed and I was out of a job for a few months. Since then, I have returned to work, but that time out of work caused a financial strain.

6. Furthermore, I have also been dealing with an undiagnosed medical condition, for which I have been in and out of the hospital for months, which has also caused a significant hardship.

7. In addition, my daughter, Falon Brady is not able to financially help me as much as when the bankruptcy was originally filed. She is helping me with $770.00 monthly due to a decrease in income.

8. As per the Amended Schedules I/J, I am fully capable of maintaining a monthly trustee payment in the amount of $150.00.

9. Therefore, as per the Modified Chapter 13 Plan, I am proposing a plan of $4,830.00 paid to date through October 2020, $150.00 monthly for 40 months starting November 2020.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge, information and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: October 29, 2020                                         /s/ Rachel S. Brady
                                                                **Rachel S. Brady**
                                                                Debtor