Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−13161−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rachel S. Brady
   35 Velock Drive
   Little Ferry, NJ 07643

Social Security No.:
   xxx−xx−6417

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 1, 2019.

On 10/29/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                 December 10, 2020
Time:                 08:30 AM
Location:             Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: November 2, 2020
JAN: sjp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Rachel S. Brady  
    Debtor(s)

Case No. 19-13161-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Nov 02, 2020      Form ID: 185      Total Noticed: 67

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rachel S. Brady, 35 Velock Drive, Little Ferry, NJ 07643-2032 |
| cr | + | SN Servicing Corporation, Friedman Vartolo LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | Toyota Motor Credit Corporation, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518030593 | + | AMEX, PO BOX 297871, FORT LAUDERDALE, FL 33329-7871 |
| 518030594 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, BK OF AMER, PO BOX 982238, EL PASO, TX 79998 |
| 518030595 | + | BRCLYSBANKDE, PO BOX 8803, WILMINGTON, DE 19899-8803 |
| 518030596 | + | BRYANTSTBK, 500 E. 60TH STREET NORTH, SIOUX FALLS, SD 57104-0478 |
| 518169886 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518030603 | + | CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 518030605 | | CELTIC/CONT, 4450 NEW LINDEN HILL RD, WILMINGTON, DE 19808 |
| 518030612 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, DSNB BLOOM, 9111 DUKE BLVD, MASON, OH 45040 |
| 518030613 | + | DSRM NT BK, POB 631, AMARILLO, TX 79105-0631 |
| 518047363 | + | EZ Pass NY, Violations Processing Center, PO Box 15186, Albany,NY 12212-5186 |
| 518030614 | + | First Source, PO Box 628, Buffalo, NY 14240-0628 |
| 518205420 | + | LendingClub Corporation, 595 Market St. Ste. 200, San Francisco, CA 94105-2807 |
| 518047362 | + | NJ EZ Pass, PO Box 4971, Trenton,NJ 08650-4971 |
| 518047364 | + | Pam,LLC NJ EZ Pass, PO Box 1642, Milwaukee,WI 53201-1642 |
| 518030620 | + | SEARS/CBNA, PO BOX 6282, SIOUX FALLS, SD 57117-6282 |
| 518030621 | + | Shapiro & DeNardo, LLP, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |
| 518030628 | + | TARGET/TD, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 518030629 | + | TOYOTA MTR, PO BOX 9786, CEDAR RAPIDS, IA 52409-0004 |
| 518171673 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518030631 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Home Mortgage, 8480 Stagecoach Circle, Frederick, MD 21701 |
| 518206616 | | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 02 2020 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 02 2020 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: bnc@atlasacq.com | Nov 02 2020 20:45:00 | Atlas Acquisition LLC, Attn Avi Schild, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666-1713 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Nov 02 2020 21:24:14 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518181722 | + | Email/Text: bnc@atlasacq.com | | |

Case 19-13161-JKS    Doc 83    Filed 11/04/20    Entered 11/05/20 00:21:45    Desc Imaged
                                Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 02, 2020 | Form ID: 185 | Total Noticed: 67 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Nov 02 2020 20:45:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601-4303 |
| 518170652 | + | Email/Text: bnc@atlasacq.com | Nov 02 2020 20:45:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666-1713 |
| 518030598 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 02 2020 21:25:21 | CAPITAL ONE, 15000 CAPITAL ONE DR, RICHMOND, VA 23238 |
| 518030599 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 02 2020 21:26:00 | CB INDIGO, PO BOX 4499, BEAVERTON, OR 97076-4499 |
| 518030600 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 02 2020 20:45:00 | CB/ANNTYLR, PO BOX 182273, COLUMBUS, OH 43218-2273 |
| 518030601 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 02 2020 20:45:00 | CB/MANDEE, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 518030602 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 02 2020 20:45:00 | CB/VICSCRT, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 518030609 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 02 2020 20:45:00 | COMENITY BANK/LNBRYANT, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 518030611 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 02 2020 21:24:22 | CREDITONEBNK, PO BOX 98875, LAS VEGAS, NV 89193-8875 |
| 518067458 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 02 2020 21:24:36 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518201870 | | Email/Text: bnc-quantum@quantum3group.com | Nov 02 2020 20:46:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518030615 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 02 2020 20:44:00 | G M A C, PO BOX 105677, ATLANTA, GA 30348-5677 |
| 518030606 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 02 2020 21:23:18 | CHASE CARD, PO BOX 15298, WILMINGTON, DE 19850 |
| 518030608 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 02 2020 21:23:18 | CHASE-PIER1, P.O. BOX 15298, WILMINGTON, DE 19850 |
| 518030616 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 02 2020 20:45:00 | LANE BRYANT RETAIL/SOA, 450 WINKS LN, BENSALEM, PA 19020-5932 |
| 518030617 | + | Email/Text: bk@lendingclub.com | Nov 02 2020 20:46:00 | LENDING CLUB, 71 STEVENSON ST STE 300, SAN FRANCISCO, CA 94105-2985 |
| 518040419 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2020 21:25:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518030618 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 02 2020 20:45:00 | MANDEES, 401 HACKENSACK AVE, HACKENSACK, NJ 07601-6411 |
| 518074999 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 02 2020 21:25:13 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518030619 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 02 2020 21:23:12 | MERRICK BK, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 518206885 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 02 2020 21:24:24 | Portfolio Recovery Associates, LLC, c/o Uber, POB 41067, Norfolk VA 23541 |
| 518193559 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 02 2020 21:24:24 | Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 518191639 | | Email/Text: bnc-quantum@quantum3group.com | Nov 02 2020 20:46:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518128249 | | Email/Text: bnc-quantum@quantum3group.com | Nov 02 2020 20:46:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518047365 | + | Email/Text: bkrpt@retrievalmasters.com | Nov 02 2020 20:46:00 | RMCB Collection Agency, PO Box 1235, Elmsford,NY 10523-0935 |

Case 19-13161-JKS    Doc 83    Filed 11/04/20    Entered 11/05/20 00:21:45    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 02, 2020 | Form ID: 185 | Total Noticed: 67 |

| | | | | |
|---|---|---|---|---|
| 518030622 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 02 2020 21:25:16 | SYNCB/GATEWAY, C/O PO BOX 965036, ORLANDO, FL 32896-0001 |
| 518030623 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 02 2020 21:23:14 | SYNCB/LINEN N THINGS, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 518030624 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 02 2020 21:23:14 | SYNCB/LORD & TAY, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 518030625 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 02 2020 21:25:16 | SYNCB/WALMAR, PO BOX 965024, ORLANDO, FL 32896-5024 |
| 518030626 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 02 2020 21:24:14 | SYNCB/WALMART, PO BOX 965024, ORLANDO, FL 32896-5024 |
| 518033501 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 02 2020 21:24:14 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518030627 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 02 2020 20:45:00 | TALBOTS, 175 BEAL ST, HINGHAM, MA 02043-1512 |
| 518157573 | + | Email/Text: bncmail@w-legal.com | Nov 02 2020 20:46:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518680878 | + | Email/Text: bknotices@snsc.com | Nov 02 2020 20:47:00 | U.S. Bank Trust National Association, Trustee of the Lodge Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 518999638 | + | Email/Text: bknotices@snsc.com | Nov 02 2020 20:47:00 | U.S. Bank Trust, N.A., et al., c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501, U.S. Bank Trust, N.A., et al., c/o SN Servicing Corporation 95501-0305 |
| 518999637 | + | Email/Text: bknotices@snsc.com | Nov 02 2020 20:47:00 | U.S. Bank Trust, N.A., et al., c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 518668703 | + | Email/Text: bknotices@snsc.com | Nov 02 2020 20:47:00 | c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 518668702 | + | Email/Text: bknotices@snsc.com | Nov 02 2020 20:47:00 | c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518030632 | | x |
| 518030597 | *+ | BRYANTSTBK, 500 E. 60TH STREET NORTH, SIOUX FALLS, SD 57104-0478 |
| 518030604 | *+ | CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 518030610 | *+ | COMENITY BANK/LNBRYANT, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 518030607 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD, PO BOX 15298, WILMINGTON, DE 19850 |
| 518030630 | *+ | TOYOTA MTR, PO BOX 9786, CEDAR RAPIDS, IA 52409-0004 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 02, 2020 | Form ID: 185 | Total Noticed: 67 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2020        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2020 at the address(es) listed below:**

**Name**          **Email Address**

Elizabeth L. Wassall
  on behalf of Creditor WELLS FARGO BANK  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com

Francis T. Tarlecki
  on behalf of Creditor LoanCare  LLC as servicer for LakeView Loan Servicing, LLC Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com

Gavin Stewart
  on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com

Jonathan C. Schwalb
  on behalf of Creditor SN Servicing Corporation bankruptcy@friedmanvartolo.com

Jonathan C. Schwalb
  on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of the Lodge Series IV Trust bankruptcy@friedmanvartolo.com

Marie-Ann Greenberg
  magecf@magtrustee.com

Rebecca Ann Solarz
  on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com

Russell L. Low
  on behalf of Debtor Rachel S. Brady ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

U.S. Trustee
  USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9