**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

0   Valuation of Security       0   Assumption of Executory Contract or Unexpired Lease       0   Lien Avoidance

**Last revised: August 1, 2020**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:                                              Case No.:        19-13161
Rachel S. Brady
                                                    Judge:           JKS

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original            ☒ Modified/Notice Required            Date: October 29, 2020

☐ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☒ DOES ☐ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: ____RLL____       Initial Debtor: ____RSB____       Initial Co-Debtor: _____

## Part 1: Payment and Length of Plan

a. The debtor shall pay $ _____150.00_____ per _____month_____ to the Chapter 13 Trustee, starting on _____November 1, 2020_____ for approximately _____40_____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

  ☒ Future earnings

  ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

  ☐ Sale of real property
  Description:
  Proposed date for completion: _____

  ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____

  ☒ Loan modification with respect to mortgage encumbering property:
  Description: All arrears will be part of the loan modification for property location: 35 Velock Drive, Little Ferry, NJ 07643
  Proposed date for completion: November 2021

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☒ NONE**

     a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

     b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

    a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
| --- | --- | --- |
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 3,750 |
| DOMESTIC SUPPORT OBLIGATION | | |

    b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
| --- | --- | --- | --- |
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| SN Servicing Corporation | 35 Velock Drive, Little Ferry, NJ 07643 | 0.00 | | 0.00 | 2,039.63 |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c. Secured claims excluded from 11 U.S.C. 506: ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments**  ☒ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☐ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Toyota Motor | 2015 Toyota Rav 4 32,000 miles | 0.00 | 0.00 |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5:    Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions  ☒ NONE**

**NOTE:  All plans containing motions must be served on all affected lienholders, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1.  A *Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a.  **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**   ☐ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

## Part 8:   Other Plan Provisions

**a. Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

    **c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

    1) Ch. 13 Standing Trustee commissions

    2) Other Administrative Claims

    3) Secured Claims

    4) Priority Claims/General Unsecured Claims

    **d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification ☐ NONE

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: February 22, 2019.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| The Plan is being modified because the debtor's income was impacted by the COVID-19 pandemic. | The Plan is being modified by proposing $4,830.00 paid to date through October 2020, then $150.00 monthly for 40 months starting November 2020. |

Are Schedules I and J being filed simultaneously with this Modified Plan?   ☒ Yes   ☐ No

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☐ NONE

☒ Explain here:

*This plan is a step plan or has lumpsum payments as follows: $241.50 per month for 20 months, then $150.00 per month for 40 months

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: October 29, 2020 _____     /s/ Rachel S. Brady_____
                                                                                  Debtor

Date: _____     _____
                                                                                  Joint Debtor

Date: October 29, 2020 _____     /s/ Russell L. Low_____
                                                                                  Attorney for Debtor(s)

United States Bankruptcy Court

District of New Jersey

In re:  
Rachel S. Brady  
    Debtor(s)

Case No. 19-13161-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Nov 02, 2020      Form ID: pdf901      Total Noticed: 67

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rachel S. Brady, 35 Velock Drive, Little Ferry, NJ 07643-2032 |
| cr | + | SN Servicing Corporation, Friedman Vartolo LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | Toyota Motor Credit Corporation, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518030593 | + | AMEX, PO BOX 297871, FORT LAUDERDALE, FL 33329-7871 |
| 518030594 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, BK OF AMER, PO BOX 982238, EL PASO, TX 79998 |
| 518030595 | + | BRCLYSBANKDE, PO BOX 8803, WILMINGTON, DE 19899-8803 |
| 518030596 | + | BRYANTSTBK, 500 E. 60TH STREET NORTH, SIOUX FALLS, SD 57104-0478 |
| 518169886 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518030603 | + | CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 518030605 | | CELTIC/CONT, 4450 NEW LINDEN HILL RD, WILMINGTON, DE 19808 |
| 518030612 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, DSNB BLOOM, 9111 DUKE BLVD, MASON, OH 45040 |
| 518030613 | + | DSRM NT BK, POB 631, AMARILLO, TX 79105-0631 |
| 518047363 | + | EZ Pass NY, Violations Processing Center, PO Box 15186, Albany,NY 12212-5186 |
| 518030614 | + | First Source, PO Box 628, Buffalo, NY 14240-0628 |
| 518205420 | + | LendingClub Corporation, 595 Market St. Ste. 200, San Francisco, CA 94105-2807 |
| 518047362 | + | NJ EZ Pass, PO Box 4971, Trenton,NJ 08650-4971 |
| 518047364 | + | Pam,LLC NJ EZ Pass, PO Box 1642, Milwaukee,WI 53201-1642 |
| 518030620 | + | SEARS/CBNA, PO BOX 6282, SIOUX FALLS, SD 57117-6282 |
| 518030621 | + | Shapiro & DeNardo, LLP, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |
| 518030628 | + | TARGET/TD, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 518030629 | + | TOYOTA MTR, PO BOX 9786, CEDAR RAPIDS, IA 52409-0004 |
| 518171673 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518030631 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Home Mortgage, 8480 Stagecoach Circle, Frederick, MD 21701 |
| 518206616 | | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 02 2020 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 02 2020 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: bnc@atlasacq.com | Nov 02 2020 20:45:00 | Atlas Acquisition LLC, Attn Avi Schild, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666-1713 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Nov 02 2020 21:24:14 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518181722 | + | Email/Text: bnc@atlasacq.com | | |

| ID | | Method | Timestamp | Recipient |
|---|---|---|---|---|
| 518170652 | + | Email/Text: bnc@atlasacq.com | Nov 02 2020 20:45:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601-4303 |
| | | | Nov 02 2020 20:45:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666-1713 |
| 518030598 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 02 2020 21:23:20 | CAPITAL ONE, 15000 CAPITAL ONE DR, RICHMOND, VA 23238 |
| 518030599 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 02 2020 21:26:00 | CB INDIGO, PO BOX 4499, BEAVERTON, OR 97076-4499 |
| 518030600 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 02 2020 20:45:00 | CB/ANNTYLR, PO BOX 182273, COLUMBUS, OH 43218-2273 |
| 518030601 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 02 2020 20:45:00 | CB/MANDEE, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 518030602 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 02 2020 20:45:00 | CB/VICSCRT, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 518030609 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 02 2020 20:45:00 | COMENITY BANK/LNBRYANT, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 518030611 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 02 2020 21:24:22 | CREDITONEBNK, PO BOX 98875, LAS VEGAS, NV 89193-8875 |
| 518067458 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 02 2020 21:25:36 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518201870 | | Email/Text: bnc-quantum@quantum3group.com | Nov 02 2020 20:46:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518030615 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 02 2020 20:44:00 | G M A C, PO BOX 105677, ATLANTA, GA 30348-5677 |
| 518030606 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 02 2020 21:25:20 | CHASE CARD, PO BOX 15298, WILMINGTON, DE 19850 |
| 518030608 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 02 2020 21:24:19 | CHASE-PIER1, P.O. BOX 15298, WILMINGTON, DE 19850 |
| 518030616 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 02 2020 20:45:00 | LANE BRYANT RETAIL/SOA, 450 WINKS LN, BENSALEM, PA 19020-5932 |
| 518030617 | + | Email/Text: bk@lendingclub.com | Nov 02 2020 20:46:00 | LENDING CLUB, 71 STEVENSON ST STE 300, SAN FRANCISCO, CA 94105-2985 |
| 518040419 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2020 21:23:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518030618 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 02 2020 20:45:00 | MANDEES, 401 HACKENSACK AVE, HACKENSACK, NJ 07601-6411 |
| 518074999 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 02 2020 21:24:11 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518030619 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 02 2020 21:24:11 | MERRICK BK, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 518206885 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 02 2020 21:23:24 | Portfolio Recovery Associates, LLC, c/o Uber, POB 41067, Norfolk VA 23541 |
| 518193559 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 02 2020 21:25:26 | Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 518191639 | | Email/Text: bnc-quantum@quantum3group.com | Nov 02 2020 20:46:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518128249 | | Email/Text: bnc-quantum@quantum3group.com | Nov 02 2020 20:46:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518047365 | + | Email/Text: bkrpt@retrievalmasters.com | Nov 02 2020 20:46:00 | RMCB Collection Agency, PO Box 1235, Elmsford,NY 10523-0935 |

Case 19-13161-JKS    Doc 84    Filed 11/04/20    Entered 11/05/20 00:21:45    Desc Imaged
Certificate of Notice    Page 13 of 14

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 02, 2020 | Form ID: pdf901 | Total Noticed: 67 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518030622 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 02 2020 21:25:16 | SYNCB/GATEWAY, C/O PO BOX 965036, ORLANDO, FL 32896-0001 |
| 518030623 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 02 2020 21:23:14 | SYNCB/LINEN N THINGS, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 518030624 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 02 2020 21:25:16 | SYNCB/LORD & TAY, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 518030625 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 02 2020 21:23:14 | SYNCB/WALMAR, PO BOX 965024, ORLANDO, FL 32896-5024 |
| 518030626 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 02 2020 21:24:14 | SYNCB/WALMART, PO BOX 965024, ORLANDO, FL 32896-5024 |
| 518033501 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 02 2020 21:24:14 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518030627 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 02 2020 20:45:00 | TALBOTS, 175 BEAL ST, HINGHAM, MA 02043-1512 |
| 518157573 | + | Email/Text: bncmail@w-legal.com | Nov 02 2020 20:46:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518680878 | + | Email/Text: bknotices@snsc.com | Nov 02 2020 20:47:00 | U.S. Bank Trust National Association, Trustee of the Lodge Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 518999638 | + | Email/Text: bknotices@snsc.com | Nov 02 2020 20:47:00 | U.S. Bank Trust, N.A., et al., c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501, U.S. Bank Trust, N.A., et al., c/o SN Servicing Corporation 95501-0305 |
| 518999637 | + | Email/Text: bknotices@snsc.com | Nov 02 2020 20:47:00 | U.S. Bank Trust, N.A., et al., c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 518668703 | + | Email/Text: bknotices@snsc.com | Nov 02 2020 20:47:00 | c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 518668702 | + | Email/Text: bknotices@snsc.com | Nov 02 2020 20:47:00 | c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518030632 | | x |
| 518030597 | *+ | BRYANTSTBK, 500 E. 60TH STREET NORTH, SIOUX FALLS, SD 57104-0478 |
| 518030604 | *+ | CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 518030610 | *+ | COMENITY BANK/LNBRYANT, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 518030607 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD, PO BOX 15298, WILMINGTON, DE 19850 |
| 518030630 | *+ | TOYOTA MTR, PO BOX 9786, CEDAR RAPIDS, IA 52409-0004 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Nov 02, 2020 | Form ID: pdf901 | Total Noticed: 67 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2020         Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2020 at the address(es) listed below:**

**Name**  **Email Address**

Elizabeth L. Wassall
  on behalf of Creditor WELLS FARGO BANK  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com

Francis T. Tarlecki
  on behalf of Creditor LoanCare  LLC as servicer for LakeView Loan Servicing, LLC Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com

Gavin Stewart
  on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com

Jonathan C. Schwalb
  on behalf of Creditor SN Servicing Corporation bankruptcy@friedmanvartolo.com

Jonathan C. Schwalb
  on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of the Lodge Series IV Trust bankruptcy@friedmanvartolo.com

Marie-Ann Greenberg
  magecf@magtrustee.com

Rebecca Ann Solarz
  on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com

Russell L. Low
  on behalf of Debtor Rachel S. Brady ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

U.S. Trustee
  USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9