Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                          Case No.:  19−13161−JKS
                          Chapter:  13
                          Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rachel S. Brady
   35 Velock Drive
   Little Ferry, NJ 07643

Social Security No.:
   xxx−xx−6417

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/11/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 11, 2020
JAN: zlh

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Rachel S. Brady  
    Debtor(s)

Case No. 19-13161-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Dec 11, 2020      Form ID: 148      Total Noticed: 68

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rachel S. Brady, 35 Velock Drive, Little Ferry, NJ 07643-2032 |
| cr | + | SN Servicing Corporation, Friedman Vartolo LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | Toyota Motor Credit Corporation, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518030595 | + | BRCLYSBANKDE, PO BOX 8803, WILMINGTON, DE 19899-8803 |
| 518030596 | + | BRYANTSTBK, 500 E. 60TH STREET NORTH, SIOUX FALLS, SD 57104-0478 |
| 518169886 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518030605 | | CELTIC/CONT, 4450 NEW LINDEN HILL RD, WILMINGTON, DE 19808 |
| 518030613 | + | DSRM NT BK, POB 631, AMARILLO, TX 79105-0631 |
| 518047363 | + | EZ Pass NY, Violations Processing Center, PO Box 15186, Albany,NY 12212-5186 |
| 518205420 | + | LendingClub Corporation, 595 Market St. Ste. 200, San Francisco, CA 94105-2807 |
| 518047362 | + | NJ EZ Pass, PO Box 4971, Trenton,NJ 08650-4971 |
| 518047364 | + | Pam,LLC NJ EZ Pass, PO Box 1642, Milwaukee,WI 53201-1642 |
| 518030621 | + | Shapiro & DeNardo, LLP, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |
| 518171673 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 11 2020 22:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 11 2020 22:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | EDI: ATLASACQU | Dec 12 2020 02:13:00 | Atlas Acquisition LLC, Attn Avi Schild, 492C Cedar Lane, Ste 442, Teaneck, NJ 07766 |
| cr | + | EDI: RMSC.COM | Dec 12 2020 02:13:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518030593 | + | EDI: AMEREXPR.COM | Dec 12 2020 02:13:00 | AMEX, PO BOX 297871, FORT LAUDERDALE, FL 33329-7871 |
| 518181722 | | EDI: ATLASACQU | Dec 12 2020 02:13:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 518170652 | | EDI: ATLASACQU | Dec 12 2020 02:13:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666. |
| 518030594 | | EDI: BANKAMER.COM | Dec 12 2020 02:08:00 | BK OF AMER, PO BOX 982238, EL PASO, TX 79998 |
| 518030598 | | EDI: CAPITALONE.COM | Dec 12 2020 02:13:00 | CAPITAL ONE, 15000 CAPITAL ONE DR, RICHMOND, VA 23238 |
| 518030599 | + | EDI: PHINGENESIS | | |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 12 2020 02:13:00 | CB INDIGO, PO BOX 4499, BEAVERTON, OR 97076-4499 |
| 518030600 | + | EDI: WFNNB.COM | Dec 12 2020 02:13:00 | CB/ANNTYLR, PO BOX 182273, COLUMBUS, OH 43218-2273 |
| 518030601 | + | EDI: WFNNB.COM | Dec 12 2020 02:13:00 | CB/MANDEE, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 518030602 | + | EDI: WFNNB.COM | Dec 12 2020 02:13:00 | CB/VICSCRT, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 518030603 | + | EDI: CITICORP.COM | Dec 12 2020 02:13:00 | CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 518030609 | + | EDI: WFNNB.COM | Dec 12 2020 02:13:00 | COMENITY BANK/LNBRYANT, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 518030611 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 11 2020 22:21:44 | CREDITONEBNK, PO BOX 98875, LAS VEGAS, NV 89193-8875 |
| 518067458 | + | EDI: AIS.COM | Dec 12 2020 02:13:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518030612 | | EDI: CITICORP.COM | Dec 12 2020 02:13:00 | DSNB BLOOM, 9111 DUKE BLVD, MASON, OH 45040 |
| 518201870 | | EDI: Q3G.COM | Dec 12 2020 02:13:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518030614 | + | EDI: FSAE.COM | Dec 12 2020 02:13:00 | First Source, PO Box 628, Buffalo, NY 14240-0628 |
| 518030615 | + | EDI: GMACFS.COM | Dec 12 2020 02:08:00 | G M A C, PO BOX 105677, ATLANTA, GA 30348-5677 |
| 518030606 | | EDI: JPMORGANCHASE | Dec 12 2020 02:13:00 | CHASE CARD, PO BOX 15298, WILMINGTON, DE 19850 |
| 518030608 | | EDI: JPMORGANCHASE | Dec 12 2020 02:13:00 | CHASE-PIER1, P.O. BOX 15298, WILMINGTON, DE 19850 |
| 518030616 | + | EDI: WFNNB.COM | Dec 12 2020 02:13:00 | LANE BRYANT RETAIL/SOA, 450 WINKS LN, BENSALEM, PA 19020-5932 |
| 518030617 | + | Email/Text: bk@lendingclub.com | Dec 11 2020 22:05:00 | LENDING CLUB, 71 STEVENSON ST STE 300, SAN FRANCISCO, CA 94105-2985 |
| 518040419 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 11 2020 22:28:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518205420 | + | EDI: LENDNGCLUB | Dec 12 2020 02:13:00 | LendingClub Corporation, 595 Market St. Ste. 200, San Francisco, CA 94105-2807 |
| 518030618 | + | EDI: WFNNB.COM | Dec 12 2020 02:13:00 | MANDEES, 401 HACKENSACK AVE, HACKENSACK, NJ 07601-6411 |
| 518074999 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 11 2020 22:21:06 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518030619 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 11 2020 22:27:31 | MERRICK BK, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 518206885 | | EDI: PRA.COM | Dec 12 2020 02:13:00 | Portfolio Recovery Associates, LLC, c/o Uber, POB 41067, Norfolk VA 23541 |
| 518193559 | | EDI: PRA.COM | Dec 12 2020 02:13:00 | Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 518191639 | | EDI: Q3G.COM | Dec 12 2020 02:13:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518128249 | | EDI: Q3G.COM | Dec 12 2020 02:13:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |

Case 19-13161-JKS    Doc 89    Filed 12/13/20    Entered 12/14/20 00:21:03    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 11, 2020 | Form ID: 148 | Total Noticed: 68 |

| | | | |
|---|---|---|---|
| 518047365 | + EDI: RMCB.COM | Dec 12 2020 02:13:00 | RMCB Collection Agency, PO Box 1235, Elmsford, NY 10523-0935 |
| 518030620 | + EDI: CITICORP.COM | Dec 12 2020 02:13:00 | SEARS/CBNA, PO BOX 6282, SIOUX FALLS, SD 57117-6282 |
| 518030622 | + EDI: RMSC.COM | Dec 12 2020 02:13:00 | SYNCB/GATEWAY, C/O PO BOX 965036, ORLANDO, FL 32896-0001 |
| 518030623 | + EDI: RMSC.COM | Dec 12 2020 02:13:00 | SYNCB/LINEN N THINGS, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 518030624 | + EDI: RMSC.COM | Dec 12 2020 02:13:00 | SYNCB/LORD & TAY, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 518030625 | + EDI: RMSC.COM | Dec 12 2020 02:13:00 | SYNCB/WALMAR, PO BOX 965024, ORLANDO, FL 32896-5024 |
| 518030626 | + EDI: RMSC.COM | Dec 12 2020 02:13:00 | SYNCB/WALMART, PO BOX 965024, ORLANDO, FL 32896-5024 |
| 518033501 | + EDI: RMSC.COM | Dec 12 2020 02:13:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518030627 | + EDI: WFNNB.COM | Dec 12 2020 02:13:00 | TALBOTS, 175 BEAL ST, HINGHAM, MA 02043-1512 |
| 518030628 | + EDI: WTRRNBANK.COM | Dec 12 2020 02:13:00 | TARGET/TD, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 518157573 | + Email/Text: bncmail@w-legal.com | Dec 11 2020 22:04:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518030629 | + EDI: TFSR.COM | Dec 12 2020 02:13:00 | TOYOTA MTR, PO BOX 9786, CEDAR RAPIDS, IA 52409-0004 |
| 519043603 | EDI: BL-BECKET.COM | Dec 12 2020 02:13:00 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518680878 | + Email/Text: bknotices@snsc.com | Dec 11 2020 22:06:00 | U.S. Bank Trust National Association, Trustee of the Lodge Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 518999638 | + Email/Text: bknotices@snsc.com | Dec 11 2020 22:06:00 | U.S. Bank Trust, N.A., et al., c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501, U.S. Bank Trust, N.A., et al., c/o SN Servicing Corporation 95501-0305 |
| 518999637 | + Email/Text: bknotices@snsc.com | Dec 11 2020 22:06:00 | U.S. Bank Trust, N.A., et al., c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 518030631 | EDI: WFFC.COM | Dec 12 2020 02:13:00 | Wells Fargo Home Mortgage, 8480 Stagecoach Circle, Frederick, MD 21701 |
| 518206616 | EDI: WFFC.COM | Dec 12 2020 02:13:00 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 518668703 | + Email/Text: bknotices@snsc.com | Dec 11 2020 22:06:00 | c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 518668702 | + Email/Text: bknotices@snsc.com | Dec 11 2020 22:06:00 | c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |

TOTAL: 54

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518030632 | | x |
| 518030597 | *+ | BRYANTSTBK, 500 E. 60TH STREET NORTH, SIOUX FALLS, SD 57104-0478 |
| 518030604 | *+ | CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 518030610 | *+ | COMENITY BANK/LNBRYANT, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 518030607 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD, PO BOX 15298, WILMINGTON, DE 19850 |
| 518030630 | *+ | TOYOTA MTR, PO BOX 9786, CEDAR RAPIDS, IA 52409-0004 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2020     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK N.A. ewassall@logs.com, njbankruptcynotifications@logs.com |
| Francis T. Tarlecki | on behalf of Creditor LoanCare LLC as servicer for LakeView Loan Servicing, LLC Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation bankruptcy@friedmanvartolo.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Lodge Series IV Trust bankruptcy@friedmanvartolo.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com |
| Russell L. Low | on behalf of Debtor Rachel S. Brady ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9